# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| EXPRESS MOBILE, INC., <br><br> Plaintiff, <br><br> v. <br><br> WAVEMAKER, INC. and PRAMATI TECHNOLOGIES PRIVATE LIMITED, <br><br> Defendants. | Civil Action No. 2:17-cv-00065-JRG |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration Plaintiff's Motion for Dismissal With Prejudice of all claims asserted against Defendants WaveMaker, Inc. and Pramati Technologies Private Limited in the above-referenced civil action, and the Court being of the opinion that said motion should be GRANTED, it is hereby:

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit against Defendants WaveMaker, Inc. and Pramati Technologies Private Limited are hereby dismissed with prejudice.

**SIGNED this 14th day of April, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE